**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Maplebear Inc. | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-00474-AJT-IDD |
| John Does 1-2 | ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 05/26/2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Maplebear Inc. and against the Defendant John Does 1-2.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    S.Howard
    Deputy Clerk

Dated: 05/26/2022
Alexandria, Virginia